RANDY E. THOMAS (State Bar No. 78411)
CLEMENTE I. CONTRERAS (State Bar No. 338919)
SAVEEL KHAN (State Bar No. 324703)
LAW OFFICE OF RANDY E. THOMAS
18826 N. Lower Sacramento Road, Suite G
PO Box 717
Woodbridge, CA  95258
Telephone:  209 369 9255
Facsimile:   209 369 9288
Email:  woodbridgelaw77@yahoo.com

Attorneys for Plaintiffs
STEVE NOWAK AND LORETTA NOWAK


SONIA MARTIN (State Bar No. 191148)
EMILY NOZICK (State Bar No. 201050)
DENTONS US LLP
1999 Harrison Street, 13th Floor
Oakland, California  94612
Telephone:    415 882 5000
Facsimile:     415 882 0300
E-mail:         sonia.martin@dentons.com
                    emily.nozick@dentons.com

Attorneys for Defendant
NATIONWIDE  MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE NOWAK, an individual and LORETTA NOWAK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 25 inclusive,<br><br>Defendants. | Case No. 2:22-cv-00421<br><br>**ORDER REGARDING AMOUNT IN CONTROVERSY AND REMAND** |

GOOD CAUSE appearing for remanding the case to San Joaquin Superior Court for further proceedings under Case No. STK-CV-UIC-2021-11578, pursuant to 28 U.S.C. section 1332, the parties' Stipulation is hereby accepted and entered by this Court.

The Court HEREBY ORDERS that the case is remanded to San Joaquin Superior Court for further proceedings under Case No. STK-CV-UIC-2021-11578.

The Court HEREBY ORDERS that each party shall bear their own attorneys' fees and costs associated with the removal and remand of this action.

The Court HEREBY ORDERS that Nationwide's Answer to the First Amended Complaint is due on April 11, 2022.

**IT IS SO ORDERED.**

DATED: April 1, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE